IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO GUTIERREZ,

    Petitioner,                   No. CIV S-09-2030 EFB P

    vs.

MIKE MCDONALD,

    Respondent.                ORDER

                              /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number.

////

////

////

////

1     3. All future filings shall bear the new case number and shall be filed at:

2          United States District Court
          Eastern District of California
3          2500 Tulare Street
          Fresno, CA 93721

4

5 DATED: November 5, 2009.

6                          EDMUND F. BRENNAN
7                          UNITED STATES MAGISTRATE JUDGE